USDC SCAN INDEX SHEET

















```
JPP     5/17/06    15:41
3:06-CR-01023   USA V. REYES
*6*
*CRINFO.*
```

FILED
MAY 16 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  EF  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | Criminal Case No. 06CR1023-R |
|           Plaintiff,                ) | 06mg8313 |
|                                     ) | I N F O R M A T I O N |
|      v.                             ) | Title 21, U.S.C., |
|                                     ) | Secs. 952 and 960 - Importation |
| JAVIER ASTORGA REYES,               ) | of Marijuana (Felony) |
|           Defendant.                ) | |

The United States Attorney charges:

On or about April 18, 2006, within the Southern District of California, defendant JAVIER ASTORGA REYES, did knowingly and intentionally import approximately 46.88 kilograms (approximately 103.13 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 5-16-06    .

CAROL C. LAM
United States Attorney



LAWRENCE A. CASPER
Assistant U.S. Attorney

ADBL:psd:Imperial
4/26/06