USDC SCAN INDEX SHEET










AGP   8/30/06   8:30

3:06-CR-01023   USA V. REYES

*14*

*CRMDFT.*

**CAREY D. GORDEN**
California Bar No. 236251
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467

Attorneys for Mr. Reyes

FILED

2006 AUG 29  PM 3: 09

CLERK U.S DIST...   ....
SOUTHERN DISTRICT OF CALIFORNIA

BY_____RM_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JOHN S. RHOADES)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 06CR01023-R |
| Plaintiff, ) | Date: August 28, 2006 |
| ) | Time: 10:15a.m. |
| v. ) | |
| JAVIER ASTORGA REYES, ) | MOTION FOR ORDER |
| ) | TO SHORTEN TIME |
| Defendant. ) | |

The above-named defendant, by and through counsel, moves this Court for an order shortening time in the attached *Defendant's Sentencing Memorandum* to four (4) days, to be heard August 28, 2006, at 10:15 a.m. or as soon thereafter as counsel may be heard, for the following reasons:

1) Defense Counsel was out of the district from August 12 to August 23.

A courtesy copy has been provided to Assistant United States Attorney Lawrence Casper.

Respectfully submitted,

*Carey Gorden*

DATED: August 24, 2005        CAREY D. GORDEN
                              Federal Defenders of San Diego, Inc.
                              Attorneys for Mr. Reyes