**JENNIFER L. COON**
California State Bar No. 203913
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101
Telephone: (619) 234-8467
Email: jennifer_coon@fd.org

Attorneys for Mr. Reyes

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE DANA M. SABRAW

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 06CR1023-DMS |
| Plaintiff, ) ) | **JOINT MOTION FOR CONTINUANCE OF HEARING RE: REVOCATION OF SUPERVISED RELEASE** |
| v. ) | |
| JAVIER ASTORGA REYES, ) ) | |
| Defendant. ) | |

**IT IS HEREBY JOINTLY MOVED** by the parties that the hearing re: revocation of supervised release currently scheduled for July 10, 2008, at 9:30 a.m., be continued to July 18, 2008, at 9:00 a.m., before the Honorable Dana M. Sabraw.

Respectfully submitted,

DATED: July 7, 2008          /s/ JENNIFER L. COON
                             Federal Defenders of San Diego, Inc.
                             Attorneys for Defendant Reyes
                             jennifer_coon@fd.org

DATED: July 7, 2008          /s/ CAROLINE HAN
                             Assistant United States Attorney

2

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

    Courtesy Copy Chambers

    Copy Assistant U.S. Attorney via ECF Notice of Electronic Filing

    Copy Defendant

Dated: July 7, 2008

/s/ JENNIFER L. COON
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
jennifer_coon@fd.org (email)