**JENNIFER L. COON**
California State Bar No. 203913
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101
Telephone: (619) 234-8467
Email: jennifer_coon@fd.org

Attorneys for Mr. Reyes

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>JAVIER ASTORGA REYES,<br><br>   Defendant. | Case No. 06CR1023-DMS<br><br>**JOINT MOTION FOR CONTINUANCE OF SUPERVISED RELEASE REVOCATION HEARING** |

**IT IS HEREBY JOINTLY MOVED** by the parties that the supervised release revocation hearing currently scheduled for October 14, 2010, at 9:30 a.m., be continued to November 5, 2010, at 10:00 a.m., before the Honorable Dana M. Sabraw, in order to allow defense counsel additional time to prepare for the hearing.

Respectfully submitted,

DATED: October 13, 2010       /s/ JENNIFER L. COON
                              Federal Defenders of San Diego, Inc.
                              Attorneys for Defendant Reyes
                              jennifer_coon@fd.org


DATED: October 13, 2010       /s/ CAROLINE P. HAN
                              Assistant United States Attorney

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy Chambers

Copy Assistant U.S. Attorney via ECF Notice of Electronic Filing

Copy Defendant

Dated: October 13, 2010

/s/ JENNIFER L. COON
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
jennifer_coon@fd.org (email)